USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT CHAMBERS,

                Petitioner,      09 Civ. 2175 (JGK)

   - against -                MEMORANDUM OPINION
                                                AND ORDER

JAMES T. CONWAY,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    The Court has received the attached request to stay the petitioner's habeas corpus petition.

    The Court may stay a petition to allow for the exhaustion of state court claims if the petitioner can demonstrate that: (1) good cause exists for failing to exhaust the claims previously, (2) the claims are potentially meritorious, and (3) the petitioner did not intentionally engage in dilatory tactics. See Rhines v. Weber, 544 U.S. 269, 277-78 (2005); Vasquez v. Parrott, 397 F. Supp. 2d 452, 464 (S.D.N.Y. 2005).

    If the petitioner seeks to have his petition stayed while he exhausts state court remedies, the petitioner should explain what claim or claims he seeks to exhaust in state court and show good cause for staying his habeas petition while he exhausts those claims.

The petitioner should file any such request by **January 25, 2010**. The respondent should reply by **February 15, 2010**. The petitioner may reply by **March 1, 2010**.

**SO ORDERED.**

Dated:  New York, New York
        January 4, 2010

_____
John G. Koeltl
United States District Judge

From: Vincent Chambers  
PO Box 2001  
Malone N.y. 12953

STATE / Federal  
01A5254 / 09 CIV. 2175

To: Honorable Justice John G. Koeltl

... I'm writing to inform the Court that if you would be kind enough to hold my "2254" in abeyance while I the petitioner/defendant tackles another exhaustion requirement with the Local Court (or Supreme).

Thank you

Truly Yours  
X V. Chambers  
01A5254